IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-36-UNA. |
| ) | |
| ANTHONY S. RODRIGUEZ, ), | |
| ) | |
| Defendant. ) | REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

#### Count 1

On or about January 18, 2007, in the District of Delaware, Anthony S. Rodriguez, the defendant, knowingly did possess a firearm, that is, a 2-shot Derringer, manufactured by Davis, serial number 474969, which had been transported in interstate commerce to Delaware, having been convicted on or about May 15, 2006, in Superior Court for New Castle County, Delaware, of Arson Second Degree, an offense punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 3-6-07



FILED
MAR 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE