IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Criminal Action No.  07-36 |
| ) | |
| ANTHONY S. RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

# MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply):**

    _____  Crime of violence (18 U.S.C. § 3156)

    _____  Maximum sentence life imprisonment or death

    _____  10+ year drug offense

    _____  Felony, with two prior convictions in above categories

    _____  Minor victim

    __X__  Possession/ use of firearm, destructive device or other dangerous weapon

    _____  Failure to register under 18 U.S.C. § 2250

    _____  Serious risk defendant will flee

    _____  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    \_\_\_\_ Defendant's appearance as required

    _X_ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    \_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_\_ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    \_\_\_\_ 1. At the time the offense was committed the defendant was:

        \_\_\_\_ (a) on release pending trial for a felony;

        \_\_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_\_ (c) on probation or parole for an offense.

    \_\_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    \_\_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 15th day of March, 2007.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                              By:_____
                                        Edmond Falgowski
                                        Assistant United States Attorney