AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

ANTHONY S. RODRIGUEZ

**WARRANT FOR ARREST**

Case Number: CR 07-36-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ANTHONY S. RODRIGUEZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

POSSESSION OF A FIREARM BY A FELON - ( COUNT I )

FILED
APR - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 922(g)(1) and 924(a)(2) ___

PETER T. DALLEO
Name of Issuing Officer

BY: _____ : DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

MARCH 8, 2007 at WILMINGTON, DE
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Welm DE

DATE RECEIVED
3/9/07

DATE OF ARREST
3/15/07

NAME AND TITLE OF ARRESTING OFFICER
for ATF
J Policichio

SIGNATURE OF ARRESTING OFFICER