IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-36 GMS |
| ANTHONY RODRIGUEZ | : |
| | : |

### NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that a scheduling conference regarding the above-captioned defendant is RESCHEDULED, in chambers, to **Monday, July 30, 2007, at 9:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF UNITED STATES DISTRICT JUDGE

July 16, 2007