

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

July 17, 2007

Honorable Gregory M. Sleet
Chief Judge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    Re: **United States v. Anthony Rodriguez**
         <u>**Criminal Action No. 07-36-GMS**</u>

Dear Chief Judge Sleet:

    I apologize for failing to attend the office conference scheduled for noon on July 16, 2007. I recognize the significant inconvenience caused to the Court and its staff, and Ms. Kousoulis.

         Respectfully submitted,

         COLM F. CONNOLLY
         United States Attorney

         By: _____
         Edmond Falgowski
         Assistant United States Attorney

pc:    Eleni Kousoulis, Esquire

EF:slb