IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-36 GMS |
| | ) | |
| ANTHONY RODRIGUEZ | ) | |
| | ) | |
| Defendant. | ) | |

### AMENDED SCHEDULING ORDER

A scheduling conference regarding the above-captioned case was held on July 30, 2007.

IT IS HEREBY ORDERED that:

1.  The court will hold a pre-trial conference in chambers on **November 13, 2007, at 9:30 a.m.** No later than **one week prior to this conference**, counsel for the government will submit a joint set of jury instructions, with supporting authorities and objections, along with any proposed special voir dire of the jury panel. This submission will be accompanied by a computer diskette (in WordPerfect format) which contains a copy of these instructions and proposed special voir dire.

2.  Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea (except to all counts of the indictment or information) will be noticed on or before the date of the pre-trial conference. The guilty plea will be entered on or before the day trial is set to commence.

**3.   A motions hearing or a change of plea hearing is set for Tuesday, September 4, 2007, at 2:00 p.m.**

4.  A two-day, jury trial is scheduled to commence on **Monday, December 10, 2007, at 9:30 a.m.** in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel are to arrive at **9:00 a.m.** on the first morning of the trial.

     5.     Pursuant to 18 U.S.C. § 3161(h)(8)(A), and based on the facts presented by the parties, the ends of justice served outweigh the best interest of the public and the defendant in holding trial before December 10, 2007.

July 30, 2007                                          /s/ Gregory M. Sleet
                                                                CHIEF UNITED STATES DISTRICT JUDGE